IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TERRANCE HAYES, (a/k/a          )
HERUCHUTI ASAR), an individual, )
                                )
     Plaintiff,                 )
                                )
     v.                         )     1:03CV1196
                                )
JA RULE (a/k/a JEFFREY ATKINS), )
an individual,                  )
IRV GOTTI (a/k/a IRV LORENZO),  )
an individual,                  )
MURDER INC. RECORDS, LLC,       )
INTERSCOPE GEFFEN A&M,          )
ISLAND DEF JAM MUSIC GROUP,     )
and UMG RECORDINGS, INC.,       )
                                )
     Defendants.                )

ORDER and JUDGMENT

OSTEEN, District Judge

  The court has before it this Standing Order 30 recommendation by the Magistrate Judge that Plaintiff's Motion for Leave to Amend the Complaint be denied and that Defendants' motions for summary judgment be granted. Plaintiff timely objected to the recommendation.

  The record, including the Plaintiff's objections, has been reviewed by this court, and it is the opinion of this court that the recommendation is in accord with the facts and the prevailing

law.  The court adopts the recommendation of the Magistrate Judge entered August 19, 2005, as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Amend Complaint [90] should be and is hereby denied.

IT IS FURTHER ORDERED that the Defendants' motions for summary judgment [63 and 83] should be and are hereby granted.

This the 20th day of September 2005.

_____
United States District Judge